UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.     **CV 23-7895-JFW(JPRx)**                                    Date:  August 16, 2024

Title:        Arturo Atilano, Jr. -v- City of Los Angeles, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                                 None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

　　　Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on October 17, 2023 (Docket No. 15), the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by August 15, 2024.  This date was not changed by the Court's Order to Continue Discovery Cut-Off Date and Related Dates, filed June 10, 2024 (Docket No. 23).  The parties have violated the Court's Order by failing to file any of the required Pre-Trial Documents.

　　　As a result of the parties' violation of the Court's Order, this action is **DISMISSED without prejudice**.  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Pretrial Conference scheduled for August 30, 2024, the Trial scheduled for September 17, 2024, and any other dates calendared in this matter are hereby **VACATED**.

　　　IT IS SO ORDERED.