UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Closed

| | |
|---|---|
| ARTURO ATILANO, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER MANUEL RIOS #42557; OFFICER JONATHAN DELGADILLO, #40897,<br><br>Defendants. | CASE NO.: 2:23-cv-07895-JFW-JPRx<br><br>*Hon. John F. Walter*<br><br>JUDGMENT |

On June 28, 2024, the Court granted Defendant CITY OF LOS ANGELES's Motion for Summary Judgment in its entirety. (*See* Docket No. 27.)

On August 16, 2024, the Court dismissed Defendants OFFICER MANUEL RIOS and OFFICER JONATHAN DELGADILLO from this action. (*See* Docket No. 33.)

Therefore, IT IS HEREBY ORDERED, ADJUGED AND DECREED, that Plaintiff ARTURO ATILANO, JR. have and recover nothing by each and all his claims as set forth in the operative complaint against Defendant CITY OF LOS ANGELES, and that Defendant CITY OF LOS ANGELES shall recover its costs in accordance with Local Rule 54.

*IT IS SO ORDERED.*

DATED: August 23, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1